IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KRISTIAN COTTON**                                                                                                  **PLAINTIFF**
ADC #171708

v.                                    Case No. 2:21-cv-00093-KGB

**DEXTER PAYNE, Director,**
Arkansas Department of Correction, *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Kristian Cotton's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 13th day of January, 2023.

Kristine G. Baker
United States District Judge